**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Timothy Allen Bender<br>       Jennifer Nicole Bender<br>              Debtor(s) | CHAPTER 13<br><br>BKY. NO. 22-11641 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
10 Nov 2023, 15:57:40, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322