Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 22-11641-PMM**

Timothy Allen Bender  
Jennifer Nicole Bender  
507 South 7th Street  
Hamburg  PA    19526

Petition Filed Date: 06/23/2022  
341 Hearing Date: 08/09/2022  
Confirmation Date: 03/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $160.00 | | 09/13/2024 | $160.00 | | 10/15/2024 | $160.00 | |
| 11/14/2024 | $160.00 | | 12/13/2024 | $160.00 | | 01/13/2025 | $160.00 | |
| 02/13/2025 | $160.00 | | 03/12/2025 | $160.00 | | 04/14/2025 | $160.00 | |
| 05/15/2025 | $160.00 | | 06/12/2025 | $160.00 | | 07/14/2025 | $160.00 | |

**Total Receipts for the Period:  $1,920.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,540.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | FIRST COMMONWEALTH FCU<br>»»  001 | Unsecured Creditors | $15,676.29 | $388.36 | $15,287.93 |
| 2 | US DEPARTMENT OF HUD<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $9,734.81 | $241.17 | $9,493.64 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $482.40 | $0.00 | $482.40 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $1,552.74 | $33.63 | $1,519.11 |
| 6 | DISCOVER BANK<br>»»  006 | Unsecured Creditors | $6,968.14 | $172.62 | $6,795.52 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»»  007 | Unsecured Creditors | $1,802.48 | $33.35 | $1,769.13 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»»  008 | Unsecured Creditors | $359.84 | $0.00 | $359.84 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»»  009 | Unsecured Creditors | $1,135.80 | $15.84 | $1,119.96 |
| 10 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»»  010 | Unsecured Creditors | $1,127.00 | $15.74 | $1,111.26 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»»  011 | Unsecured Creditors | $1,749.69 | $32.39 | $1,717.30 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»»  012 | Unsecured Creditors | $1,967.80 | $48.76 | $1,919.04 |
| 13 | DISCOVER BANK<br>»»  013 | Unsecured Creditors | $8,589.61 | $199.39 | $8,390.22 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  014 | Unsecured Creditors | $1,004.79 | $15.53 | $989.26 |

**Chapter 13 Case No. 22-11641-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITADEL CREDIT UNION »» 015 | Unsecured Creditors | $3,318.43 | $82.25 | $3,236.18 |
| 16 | CITADEL CREDIT UNION »» 016 | Unsecured Creditors | $16,836.55 | $417.12 | $16,419.43 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $5,562.30 | $137.75 | $5,424.55 |
| 18 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $2,259.14 | $52.41 | $2,206.73 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $503.54 | $0.00 | $503.54 |
| 20 | LVNV FUNDING LLC »» 020 | Unsecured Creditors | $1,272.42 | $31.53 | $1,240.89 |
| 21 | SERVICE FINANCE COMPANY LLC »» 021 | Unsecured Creditors | $6,873.61 | $170.28 | $6,703.33 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR »» 022 | Unsecured Creditors | $3,928.34 | $91.16 | $3,837.18 |
| 23 | FREEDOM MORTGAGE CORPORATION »» 023 | Mortgage Arrears | $71.35 | $71.35 | $0.00 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR »» 024 | Unsecured Creditors | $397.03 | $0.00 | $397.03 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $1,106.84 | $15.46 | $1,091.38 |
| 26 | MARINER FINANCE LLC »» 026 | Unsecured Creditors | $2,511.56 | $62.24 | $2,449.32 |
| 0 | BURKE & HESS | Attorney Fees | $2,588.00 | $2,588.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,540.00 | Current Monthly Payment: | $160.00 |
| Paid to Claims: | $4,916.33 | Arrearages: | $60.00 |
| Paid to Trustee: | $484.40 | Total Plan Base: | $9,120.00 |
| Funds on Hand: | $139.27 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.