Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Timothy Allen Bender
Jennifer Nicole Bender
507 South 7th Street
Hamburg, PA 19526

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-11641-PMM**

Petition Filed Date: 06/23/2022
341 Hearing Date: 08/09/2022
Confirmation Date: 03/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | $160.00 | | 09/12/2025 | $160.00 | | 10/16/2025 | $160.00 | |
| 11/13/2025 | $160.00 | | 12/15/2025 | $160.00 | | 01/13/2026 | $160.00 | |
| 02/13/2026 | $160.00 | | 03/12/2026 | $160.00 | | 04/13/2026 | $160.00 | |
| 05/13/2026 | $160.00 | | 06/11/2026 | $160.00 | | 07/13/2026 | $160.00 | |

**Total Receipts for the Period: $1,920.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,460.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRST COMMONWEALTH FCU<br>»» 001 | Unsecured Creditors | $15,676.29 | $676.19 | $15,000.10 |
| 2 | US DEPARTMENT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $9,734.81 | $405.00 | $9,329.81 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $482.40 | $15.67 | $466.73 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,552.74 | $66.99 | $1,485.75 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $6,968.14 | $300.55 | $6,667.59 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $1,802.48 | $66.70 | $1,735.78 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $359.84 | $15.52 | $344.32 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $1,135.80 | $47.24 | $1,088.56 |
| 10 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»» 010 | Unsecured Creditors | $1,127.00 | $46.90 | $1,080.10 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $1,749.69 | $64.78 | $1,684.91 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»» 012 | Unsecured Creditors | $1,967.80 | $78.84 | $1,888.96 |

**Chapter 13 Case No. 22-11641-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | DISCOVER BANK<br>»» 013 | Unsecured Creditors | $8,589.61 | $357.44 | $8,232.17 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $1,004.79 | $31.05 | $973.74 |
| 15 | CITADEL CREDIT UNION<br>»» 015 | Unsecured Creditors | $3,318.43 | $143.21 | $3,175.22 |
| 16 | CITADEL CREDIT UNION<br>»» 016 | Unsecured Creditors | $16,836.55 | $726.25 | $16,110.30 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $5,562.30 | $239.83 | $5,322.47 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $2,259.14 | $87.07 | $2,172.07 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $503.54 | $15.60 | $487.94 |
| 20 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $1,272.42 | $47.10 | $1,225.32 |
| 21 | SERVICE FINANCE COMPANY LLC<br>»» 021 | Unsecured Creditors | $6,873.61 | $296.51 | $6,577.10 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 022 | Unsecured Creditors | $3,928.34 | $163.44 | $3,764.90 |
| 23 | FREEDOM MORTGAGE CORPORATION<br>»» 023 | Mortgage Arrears | $71.35 | $71.35 | $0.00 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 024 | Unsecured Creditors | $397.03 | $15.34 | $381.69 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $1,106.84 | $46.08 | $1,060.76 |
| 26 | MARINER FINANCE LLC<br>»» 026 | Unsecured Creditors | $2,511.56 | $108.31 | $2,403.25 |
| 0 | BURKE & HESS | Attorney Fees | $2,588.00 | $2,588.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,460.00 | Current Monthly Payment: | $160.00 |
| Paid to Claims: | $6,720.96 | Arrearages: | $60.00 |
| Paid to Trustee: | $628.72 | Total Plan Base: | $9,120.00 |
| Funds on Hand: | $110.32 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.